IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD PIERSON, # 186623, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:18-CV-501-WKW [WO] |
| LEE COUNTY JUSTICE CENTER, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On August 7, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and:

1. The plaintiff's claims against the Lee County Justice Center are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Lee County Justice Center is DISMISSED as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against Sheriff Jones, Capt. Welch and Lt. Jones, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 19th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE