IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD PIERSON, # 186623, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:18-CV-501-WKW [WO] |
| SHERIFF JAY JONES, CAPTAIN WELCH, and LIEUTENANT JONES, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On October 10, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and:

1. Defendants' motion to dismiss (Doc. # 15) is GRANTED to the extent Defendants seek dismissal based on Plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement at the Lee County Detention Center prior to initiating this cause of action.

2. This action is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an

administrative remedy previously available to him at the Lee County Detention Center.

3. Each party is responsible for his own costs.

Final judgment will be entered separately.

DONE this 10th day of December, 2018.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE